IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-227-BO

| | |
|---|---|
| TABITHA L. COTTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING ATTORNEY'S |
| ) | FEES PURSUANT TO |
| KILOLO KIJAKAZI, ) | 42 U.S.C § 406(b) |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

On February 3, 2022, an Order and Judgement were entered reversing the decision of the Commissioner under sentence four of 42 U.S.C. § 405(g) and remanding this case to the Commissioner for payment of benefits.

Pending before this Court is attorney Jonathan P. Miller's (Plaintiff's Counsel) Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b). Plaintiff's Counsel requests an award of attorney fees in the amount of $14,866.00. Plaintiff's Counsel has also acknowledged that the $8,400.00 attorney fee awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 should be returned to Plaintiff.

Plaintiff's Counsel's Motion is hereby GRANTED. Defendant is Ordered to pay $14,866.00 to Plaintiff's Counsel, Jonathan P. Miller, pursuant to 42 U.S.C. § 406(b). Plaintiff's Counsel will refund the $8,400.00 EAJA attorney fee to Plaintiff.

SO ORDERED this 7 day of Dec., 2022.

TERRENCE W. BOYLE
United States District Judge