UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TABITHA L. COTTLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:20-CV-227-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant is Ordered to pay $14,866.00 to Plaintiff's Counsel, Jonathan P. Miller, pursuant to 42 U.S.C. § 406(b). Plaintiff's Counsel will refund the $8,400.00 EAJA attorney fee to Plaintiff.

**This Judgment Filed and Entered on December 8, 2022, and Copies To:**

| | |
|---|---|
| Jonathan P. Miller | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Keeya M. Jeffrey | |

DATE:
December 8, 2022

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk